UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-12593 |
| | ) | |
| RICARDO RODRIGUEZ and | ) | |
| AMY L. RODRIGUEZ, | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

## ORDER DISMISSING CASE

THIS MATTER coming to be heard on the Debtors' Motion to Voluntarily Dismiss Chapter 13 Case, the court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED:

1. This case is dismissed.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: August 07, 2020

**Prepared by:**

Jeffrey A. Soufal, ARDC# 6227155
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100